IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN D. MOORE, #193960, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:12-cv-062-MEF |
| ) | |
| ROBERT BENTLEY, GOVERNOR, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On April 18, 2012, the Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for plaintiff's failures to comply with the orders of the Court and to prosecute this action

DONE this the 7th day of May, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE